LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GEORGIA  30076-2102
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

June 27, 2008

Clerk, United States Bankruptcy Court
P.O. Box 1487
600 James Brown Blvd., Federal Justice Center
Augusta, GA  30901

## REQUEST FOR SERVICE OF NOTICES

| | | | |
|---|---|---|---|
| RE: | Debtor(s) | : | Kenneth R. Burrows |
| | Case Number | : | 08-11180 |
| | Chapter | : | 13 |
| | Secured Creditor | : | Litton Loan Servicing, L.P. |
| | Loan Number | : | XXXX1247 |

Dear Sir / Madam:

   Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

   Litton Loan Servicing, L.P.
   c/o McCALLA RAYMER, LLC
   Bankruptcy Department
   1544 Old Alabama Road
   Roswell, Georgia  30076

   Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

   We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.
                                                                Very Truly Yours,

                                                                /s/ Michael J. McCormick

                                                                Michael J. McCormick, Esquire


cc: Barnee C. Baxter
    James T. Wilson, Jr., Esq.

File Number 52593407-2 /
Request for Service of Notice