```
             IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE SOUTHERN DISTRICT OF GEORGIA
                        AUGUSTA DIVISION

IN RE:                              )
                                    )   BANKRUPTCY CASE
KENNETH R. BURROWS                  )
                                    )   NO. 08-11180
         Debtor                     )
                                    )
....................................)............................................
                                    )
MORTGAGE ELECTRONIC REGISTRATION)       JUDGE: SUSAN D. BARRETT
SYSTEMS, INC., AS NOMINEE FOR       )
DEUTSCHE BANK NATIONAL TRUST        )
COMPANY AS TRUSTEE, BY LITTON       )
LOAN SERVICING, L.P., ITS           )
SERVICING AGENT,                    )   CHAPTER 13
                                    )
                                    )
         Movant                     )
                                    )
vs.                                 )
                                    )
KENNETH R. BURROWS
BARNEE C. BAXTER, Trustee

         Respondents
```

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW Movant and shows this Court the following:

1.

This is a Motion under Section 362(d) of the Bankruptcy Code for relief from the automatic stay for all purposes allowed by law and the contract between the parties, including, but not limited to, the right to foreclose on certain real property.

2.

Movant is the holder of record of a Security instrument which describes certain real property in which Debtor claims an interest. Said real property is security for a promissory note held by Movant, and is commonly known as 4205 Blue Heron Lane, Evans, Georgia.

3.

Debtor's Amended Chapter 13 Plan provides for the surrender of the real property. In addition, Debtor has defaulted in making payments which have come due since this case was filed. Debtor is delinquent through the month of November 2008 for one (1) payment of $2035.43, three (3) payments of $2352.57, and owes for accrued late charges totaling $294.48, pursuant to the Note.

4.

The unpaid principal balance is $286,878.25, and interest is due thereon in accordance with the Note.

5.

Because of the Debtor's default and clear inability to make all required payments, Movant is not adequately protected and shows that there is cause for relief from the automatic stay.

6.

Because the Security Instrument so provides, Debtor is

responsible for Movant's reasonable attorney's fees.

WHEREFORE, Movant prays for an Order lifting the automatic stay, authorizing Movant to exercise its rights under its Note, Security Instrument and appropriate state statutes, including, but not limited to, the right to foreclose on its collateral. Movant prays for reasonable attorney's fees and for such other and further relief as is just and equitable.

                                                         s/ A. Michelle Hart
                                                A. MICHELLE HART, BAR NO. 334291
                                                Attorney for Movant

McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102
770-643-7200

File No. 52593407-2