## In the United States Bankruptcy Court
## For the Southern District of Georgia

In the matter of: ) Chapter 13 Case
)
Kenneth R. Burrows ) Case No <u>08-11180</u>-SDB
)
Debtor(s) )

### Third Amended Chapter 13 Plan and Motion
[General Order 2005-3 Approved Form]

1. Debtor(s) shall pay to the Trustee the sum of $ <u>310.00</u> per month for the applicable commitment period of:
   <u>  X  </u> 60 months; or          (If applicable include the following): These plan payment
   <u>       </u> a minimum of 36 months.§ 1325(b)(4).    change to $_____ monthly on _____, _____.

2. From the payments so received, the Trustee shall make disbursements as follows:

   (a) The Trustee percentage fee as set by the United States Trustee.

   (b) Attorney fees allowed pursuant to § 507(a)(2) of **$2500.00** to be paid in accordance with applicable General Orders of the Court.

   (c) Other § 507 claims, unless provided for otherwise in the plan will be paid will be paid in full over the life of the plan as funds become available in the order specified by law.

   (d) ___Monthly payments according to the contract on the following long-term debts. § 1322(b)(5). (Payments which become due after the filing of the petition but before the month of the first payment designated here will be added to the prepetition arrearage claims):

   <u>CREDITORS</u>        <u>MONTH OF THE 1ST TRUSTEE PAYMENT</u>        <u>INITIAL MONTHLY PAYMENT</u>

   **IN THE ALTERNATIVE:**
   <u>  X  </u> Debtor will make post-petition payments direct to creditors according to the contract on the following long-term debts:

   | CREDITOR | INITIAL MONTHLY PAYMENT |
   |---|---|
   | **VW Credit** | 349.00 |
   | **Georgia Bank & Trust (Don Martin 1 acrea 3030 Hilson Rd.)** | 506.00 |
   | **Better Build Sheds** | 128.00 |

   (e) Fully Secured Allowed Claims and Executory Contractors as set forth below:

   | CREDITOR | COLLATERAL | EST. CLAIM | INT. RATE | PAYMENT |
   |---|---|---|---|---|
   | **Dell** | Computer | 1502.51 | 6.0 | 15.00 |
   | **Queensbough Bank** | 1972 Chev/2007 Trailer | 8000.00 | 6.0 | 80.00 |

   (f) Undersecured Allowed Claims. Debtor moves to value the collateral partially securing the following claims pursuant to § 506 and provide payment in satisfaction of those claims as set forth below:

   | CREDITOR | COLLATERAL | VALUE | INT. RATE | PAYMENT |
   |---|---|---|---|---|

(g) Cure payments on allowed prepetition arrearage claims set forth below. §1322(b)(5):

CREDITOR                                                       ESTIMATED PREPETITION CLAIM

(h) The following unsecured allowed claims are classified to be paid at 100% _____ with interest at _____ %
OR _____ without interest.

(i) Allowed general unsecured claims, including the unsecured portion of any bifurcated claims provided for in ¶2(f) or 6, will be paid a 1 % dividend or a prorata share of $_____, whichever is greater.

3. Debtor will make §1326(a)(1) pre-confirmation lease and adequate protection payments on allowed claims of the following creditors;   X  Direct to the Creditor; or           ___To the Trustee

CREDITOR                                                       ADEQUATE PROTECTION OR LEASE PAYMENT AMOUNT

4. Debtor will pay all post-petition domestic support obligations direct to the holder of such claim identified here. § 101(14A). Debtors requests Trustee to provide the statutory notice of § 1302(d) to these claimants.

CREDITOR                                                       ADDRESS

5. Pursuant to 11 U.S.C. § 522(f), debtors moves to avoid the liens of the following creditors, upon confirmation but subject to § 349, with respect to the property described below:

CREDITOR                                                       PROPERTY

6. The following collateral is surrendered to the creditor to satisfy the secured claim to the extent shown below:

| CREDITOR | DESCRIPTION OF COLLATERAL | AMOUNT OF CLAIM SATISFIED |
|---|---|---|
| Georgia Bank & Trust | Residence at 4205 Blue Heron Lane | Amount of debt |
| Litton Loan Serving | Residence at 4205 Blue Heron Lane | Amount of debt |

7. Holders of allowed secured claims shall retain the liens securing said claims to the full extent provided by § 1325(a)(5).

8. Other provisions:

   (a) Any and all secured claims shall be paid at an 6.0 % per annum interest rate or the contract rate or whichever is less.
   (b) Debtor to pay 60 months or a 1% dividend to unsecured creditors, whichever comes later.
   (c) Upon grant of discharge in this case, all secured creditors being paid through the plan shall promptly release all collateral held as security on loans, and shall promptly release and/or satisfy all security agreements. UCC filing, judgment liens, titles, and/or any other liens claim of any kind against property of the debtor.

9. The amount, and secured or unsecured status, of claims disclosed in this Plan are based upon debtor's best estimate and belief. An allowed proof of claim will supercede those estimated claims. Objections to claims may be filed before or after confirmation. Debtor will increase payments in the amount necessary to fund allowed claims as this Plan proposes, after notice from the Trustee and a hearing, if necessary, unless a Plan Modification is approved.

Dated:_____                                  _____
                                                                                    Debtor

Dated:_____                                  _____
                                                                                    Co-Debtor

**IN RE: Kenneth R. Burrows**                                **CASE #: 08-11180-SDB**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the true and correct copies of the Third Amended Chapter Plan and Motion were served upon the following:

>   Barnee C. Baxter
>   Office of the Chapter 13 Trustee
>   P.O. Box 2127
>   Augusta, GA 30903

by placing same in the United States mail, first class postage prepaid, this 5 day of December, 2008.

                                                            JAMES T. WILSON JR.,
                                                            ATTORNEY FOR DEBTOR

JAMES T. WILSON, JR., P.C.
LAFAYETTE CENTER
945 BROAD STREET, SUITE 420
AUGUSTA, GA 30901
TELEPHONE:        706-722-4933
FACSIMILE:        706-722-0472