UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

In re:                                                    Case No. 08-11180

KENNETH R BURROWS

Debtor(s)

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Huon Le, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/18/2008.

2) The plan was confirmed on 01/12/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/11/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/07/2011, 11/16/2012, 09/23/2013.

5) The case was completed on 09/27/2013.

6) Number of months from filing to last payment: 63.

7) Number of months case was pending: 70.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $36,031.00.

10) Amount of unsecured claims discharged without payment: $109,895.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---:|
| Total paid by or on behalf of the debtor | $20,246.06 |
| Less amount refunded to debtor | $1.92 |
| **NET RECEIPTS:** | **$20,244.14** |

**Expenses of Administration:**

|  |  |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,000.00 |
| Court Costs | $274.00 |
| Trustee Expenses & Compensation | $1,392.33 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,666.33** |

Attorney fees paid and disclosed by debtor:   $1,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| #AMERICAN LEAK DETECTION LIN | Unsecured | 1,250.00 | NA | NA | 0.00 | 0.00 |
| #BLUE CROSS BLUE SHIELD OF GA | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| #CERTEGY PMT RECOVERY SERV/H | Unsecured | 1,422.88 | NA | NA | 0.00 | 0.00 |
| #DAVIS GROUNDS MANAGEM | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| #DOCTORS HOSPITAL OF AUGUSTA | Unsecured | 230.10 | NA | NA | 0.00 | 0.00 |
| #DON'S COLLISION CENTER | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| #FINISHMASTER | Unsecured | 7.38 | NA | NA | 0.00 | 0.00 |
| #GMAC | Unsecured | 12,000.00 | NA | NA | 0.00 | 0.00 |
| #HOME DEPOT CREDIT SERV/KEN'S | Unsecured | 4,285.33 | NA | NA | 0.00 | 0.00 |
| #JAY'S PAINT AND BODY | Unsecured | 7,100.00 | NA | NA | 0.00 | 0.00 |
| #Knology | Unsecured | 182.07 | NA | NA | 0.00 | 0.00 |
| #KURSE MANAGEMENT CONSULTI | Unsecured | 29,000.00 | NA | NA | 0.00 | 0.00 |
| #Lowe's | Unsecured | 1,309.52 | NA | NA | 0.00 | 0.00 |
| #MCG HOSPITAL | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| #METROPLEX PATHOLOGY ASSOC | Unsecured | 38.28 | NA | NA | 0.00 | 0.00 |
| #NEPHROLOGY ASSC PC | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| #PROGRESSIVE INSURANCE C/O SAT | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| #Suncom Wireless | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| #USAA MASTERCARD/SARMA COLL | Unsecured | 5,512.73 | NA | NA | 0.00 | 0.00 |
| #Wachovia Bank | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| A A F E S MIL Star Exchange | Unsecured | 4,298.86 | 3,868.90 | 3,868.90 | 797.77 | 0.00 |
| Dell Financial Services | Unsecured | 1,502.51 | 2,149.79 | 2,149.79 | 443.29 | 0.00 |
| Doctors & Merchants Credit Bur | Unsecured | 560.00 | 560.00 | 560.00 | 115.47 | 0.00 |
| ECAST Settlement Corp | Unsecured | 580.00 | 737.48 | 737.48 | 152.07 | 0.00 |
| ECAST Settlement Corp | Unsecured | 1,371.44 | 3,924.99 | 3,924.99 | 809.33 | 0.00 |
| GA Bank & Trust Co of Augusta | Unsecured | 3,500.00 | 3,563.23 | 3,563.23 | 734.74 | 0.00 |
| GA Bank & Trust Co of Augusta | Unsecured | 1,000.00 | 1,011.80 | 1,011.80 | 208.63 | 0.00 |
| GA Bank & Trust Co of Augusta | Secured | 106,564.43 | 108,112.02 | 0.00 | 0.00 | 0.00 |
| GA Bank & Trust Co of Augusta | Secured | 50,000.00 | 49,307.08 | 0.00 | 0.00 | 0.00 |
| GA Bank & Trust Co of Augusta | Secured | 11,000.00 | 11,255.19 | 932.64 | 932.64 | 215.98 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Litton Loan Serv | Secured | 288,000.00 | 293,178.43 | 0.00 | 0.00 | 0.00 |
| Litton Loan Serv | Secured | 2,291.00 | 5,276.74 | 0.00 | 0.00 | 0.00 |
| M C G Health | Unsecured | NA | 191.88 | 191.88 | 39.57 | 0.00 |
| P P G | Unsecured | 151.60 | 76.60 | 76.60 | 15.79 | 0.00 |
| P R A Receivables Management | Unsecured | 1,592.36 | 1,592.36 | 1,592.36 | 328.34 | 0.00 |
| P R A Receivables Management | Unsecured | NA | 5,015.50 | 5,015.50 | 1,034.20 | 0.00 |
| Queensborough National Bank & | Secured | 8,000.00 | 7,050.70 | 7,050.70 | 7,050.70 | 464.27 |
| Service Credit Union | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Service Credit Union | Unsecured | 19,453.87 | 10,810.70 | 10,810.70 | 2,229.17 | 0.00 |
| Service Credit Union | Unsecured | NA | 9,727.70 | 9,727.70 | 2,005.85 | 0.00 |
| V W Credit | Secured | NA | 18,238.86 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $932.64 | $932.64 | $215.98 |
| All Other Secured | $7,050.70 | $7,050.70 | $464.27 |
| **TOTAL SECURED:** | **$7,983.34** | **$7,983.34** | **$680.25** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$43,230.93** | **$8,914.22** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,666.33 |
| Disbursements to Creditors | $17,577.81 |
| **TOTAL DISBURSEMENTS :** | **$20,244.14** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/04/2014

By: /s/ Huon Le
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**