# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Kenneth R. Burrows**  
    Debtor

Case No.: 08–11180–SDB  
Judge: Susan D. Barrett  

Chapter: 13

## *FINAL DECREE*

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

*IT IS ORDERED THAT:*

☒ Huon Le is discharged as trustee of the estate of the above-named debtor and the bond is canceled; and

☒ The chapter 13 case of the above debtor is closed; and

☐ Other provisions:

    Susan D. Barrett,  
    United States Bankruptcy Judge  
    PO Box 1487  
    Augusta, GA 30903

Dated: May 5, 2014

B271 [Rev. 06/05] **SM**